**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO. 5:03cr52/MCR
     5:03cr53/MCR

JESSE SMITH
_____/

**ORDER REGARDING JOINT AND SEVERAL LIABILITY FOR RESTITUTION**

After Defendant Jesse Smith was sentenced and ordered to pay restitution in the amount of $3,015.00 to the Internal Revenue Service, Defendant Madeline Stuckey, case number 5:03cr53/MCR, was ordered to pay the same restitution obligation jointly and severally with Defendant Smith in accordance with 18 U.S.C. § 3664(h). As a result, Defendant Smith is still responsible for payment of restitution until the entire $3,015.00 is paid, but payments made by Defendant Stuckey will be credited toward the restitution obligation.

**SO ORDERED** this 27th day of May, 2005.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**