IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 5:02cr52-001/MCR &
 5:03cr53-003/MCR

JESSE SMITH

---

### ORDER

The defendant is charged with violation of supervised release.  At first appearance held on July 26, 2007, it was determined that defendant should be detained pursuant to the decision of the Magistrate Judge made in the District of Nevada, on July 5, 2007.

DONE AND ORDERED this 26th day of July, 2007.


/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE